IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-140-CR





LESLIE WAYNE ROHAN,


 APPELLANT



vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT



NO. 91-082, HONORABLE ROBERT T. PFEUFFER, JUDGE PRESIDING



 




PER CURIAM


 This is an appeal from a conviction for sexual assault. Punishment was assessed
at confinement for 10 years and a $10,000 fine, probated.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1990).



[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Dismissed on Joint Motion

Filed: May 20, 1992

[Do Not Publish]